**DISMISS; Opinion Filed April 2, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00223-CR**

**NATHANIEL HOWARD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81983-2012**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

Nathaniel Howard Thomas pleaded guilty to failure to register as a sex offender. Pursuant to a plea agreement, the trial court assessed punishment at two years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant has no right to appeal and he waived his right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); TEX. R. APP. P. 25.2(d). We dismiss the appeal for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
Tex. R. App. P. 47
130223F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NATHANIEL HOWARD THOMAS,
Appellant

No. 05-13-00223-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-81983-2012.
Opinion delivered by Justice Myers.
Justices Bridges and FitzGerald
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 2nd day of April, 2013.

/Lana Myers/

LANA MYERS
JUSTICE